Lars T. Fuller (No. 141270)
The Fuller Law Firm, P.C.
60 North Keeble Avenue
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Chapter 13
Alezz Laielen  Case No. 12-33356-DM
  *AMENDED*
Debtor(s)_____/  MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

_X__ 1. With respect to the monthly plan payments of **$1,940**, those payments shall:
   _X__ be increased to **$3,080**, effective **January 2016**
   __X_ continue at $1,100 through December 2015

___ 2. With regard to secured claims:
   ___ to treat the claim(s) of additional creditors as secured, as follows:
   <u>Creditor Name</u>          <u>Value of Collateral</u>          <u>Monthly Pmt (if fixed)</u>   <u>Interest Rate (must be specified)</u>

   ___ to change the treatment of certain secured claims, as follows:
   <u>Creditor Name</u>          <u>Value of Collateral</u>          <u>Monthly Pmt (if fixed)</u>   <u>Interest Rate (must be specified)</u>

   ___ to treat as unsecured, the claims of the following creditors which were previously treated as secured.

___ 3. With regard to general unsecured claims, to change the dividend paid:
   ___ from _____ % to _____ %
   ___ from a pot plan* of $_____ to a pot plan* of $_____
   ___ from a percentage plan at _____ % to a pot plan* of $_____
   ___ from a pot plan* of $_____ to a percentage plan at _____%
   * A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

___ 4. Other modifications:

5. Debtor(s') reason(s) for requesting the above modification are:
Debtor failed to make the increased plan payment last May. Her income has not increased as anticipated. Debtor wishes to cure the delinquency through the remaining term of her plan.

6. The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated: April 10, 2015                    /s/ Lars T. Fuller_____
Rev. 2/05                                [Attorney for] Debtor(s)