FILED
JUL 5 - 2017
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Alezz Laielen – Pro Per<br><br>Debtor. | Case No. 12-33356 DM<br>Chapter 13<br><br>**FIFTH AMENDED WITH NEW REQUESTS** MOTION TO MODIFY CHAPTER 13 PLAN; EXHIBIT "A"; NOTICE OF OPPORTUNITY FOR HEARING; DECLARATION IN SUPPORT; AND CERTIFICATE OF SERVICE |

**PLEASE TAKE NOTICE** that Debtor hereby moves for an order authorizing modification of the confirmed Chapter 13 Plan based on the declaration by Debtor incorporated hereto. The proposed modified Plan is attached as Exhibit "A".

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014-1: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the

Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

MOTION

Debtor hereby moves for an order authorizing a modification of the confirmed Chapter 13 based upon a change in circumstances. 11 U.S.C. § 1329(a). This motion is supported by facts and reasons set forth in Debtor's declaration.

The proposed modified Plan is embodied in the attached Exhibit "A". If confirmed, the modified Plan will complete within 60 months from the commencement of the case. The modified Plan complies with Sections 1322(a)&(b) and Section 1325(a). 11 U.S.C. §§ 1322, 1325.

Dated: ~~JUNE 29, 2017~~ July 5, 2017.    Alezz Laielen _[signature]_
                                          Pro Per - Debtor

MOTION TO MODIFY CHAPTER 13 PLAN
01/16/14

Case: 12-33356   Doc# 74   Filed: 07/05/17   Entered: 07/07/17 14:11:57   Page 2 of 5

*Exhibit "A"*

UNITED STATES BANKRUPTCY COURT -
**NORTHERN DIVISION OF CALIFORNIA**

In re: Alezz Laielen ) Case No.:12-33356-DM
) **FIFTH AMENDED WITH NEW REQUESTS**
) **APPLICATION TO MODIFY CHAPTER 13 PLAN**
)
Debtor(s) )

The Debtor{s} respectfully requests the Court modify debtor{s} Chapter 13 Plan as follows:

___ 1. With respect to the monthly step up payment of $ 3,080 that payment shall be:
  __X__ Suspend all delinquent payments through March of 2017
  _____ Increased to $_____ ;
  __X__ Decreased to $ 250 with payment beginning April 20, 2017; All else owed will be covered by sale of the home;
  _____ Other:

___ 2. The secured claims shall be modified as follows:
  _____ The secured claims of the following creditors shall be **added** as follows:

  CREDITOR'S         COLLATERAL         PMT/MONTH         INT RATE
  NAME               VALUE              (if fixed)        (if applicable)

  _____ The treatment of certain secured creditor(s) shall be modified as follows:

  CREDITOR'S         COLLATERAL         PMT/MONTH         INT RATE          STATUS
  NAME               VALUE              (if fixed)        (if applicable)   (e.g., unsec)

___ 3. Change the estimated percentage paid to UNSECURED creditor(s) from _____% to _____% on the confirmed Base Plan.

___ 4. Base Plan Changes:
  _____ Plan Base amount increased/decreased to $_____.
  _____ Plan term increased/decreased to _____ months.

___ 5. Other modifications:

X_ 6. Reason for the requested modification: Failed at securing work that would enable me to meet the step up amount. Not yet acquire investors to fund my humanitarian health project that I wrote up on a legalzoom.com document that would enable me to pay myself a salary and make required payments. An investment I've communicated with Wells Fargo about has not yet paid off. As of 12/16, with $25,580 owing, at the court's suggestion I began requesting that I be allowed me to sell my home to pay what is owed. Due to medical issues with possible surgery & recovery time I am requesting the deadline for the sale be extended to November 29, 2017. I also request a continuance of court date from 7/19 to 8/16.

___ 7. The Chapter 13 Plan, as modified, would be completed within (60) months from commencement of the case. The debtor(s) respectfully requests the court enter an order granting the requested modifications as set forth.

Dated: ~~June 29~~ July 5, 2017_____ Alezz Laielen *[signature]* Pro Per – Applicant/Debtor

Case: 12-33356   Doc# 74   Filed: 07/05/17   Entered: 07/07/17 14:11:57   Page 3 of 5

DECLARATION

I declare under the penalty of perjury that the information listed below is true and correct:

1. I am the Debtor in the above-captioned case.
2. My Chapter 13 case was filed on 11/29/12.
3. My Chapter 13 Plan was confirmed on 02/22/2013.
4. I am requesting an order authorizing a modification to my confirmed Chapter 13 Plan for the following reasons: Following the tragic death of my friend and client, I have so far failed at securing similar work that would enable me to meet the step up amount and have not yet acquired investors to fund my humanitarian health project that I wrote up in a legalzoom.com document that will enable me to pay myself a salary and make required payments. Years of attempting to recover from chronic ill health and then the mortgage fiasco drove me into bankruptcy. My project is designed to save millions of lives and billions of dollars lost due to individuals developing and suffering with chronic, degenerative diseases that threaten to bankrupt our country that the Center for Disease Control says can be prevented - and I know can be healed. My project can also help counter unhealthy Trumpism. The investment I'd communicated with the CEO of Wells Fargo about has not yet paid off. At the suggestion of the court I am requesting that I be allowed to sell my home to pay what is owed. **2016 tax return WAS sent to BK Trustee's P.O. Box.**

Dated: July 5, 2017 / ~~JUNE 29, 2017~~       Alezz Laielen - Pro Per/Debtor

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is:
_____.

I served this MOTION TO MODIFY CHAPTER 13 PLAN; EXHIBIT "A"; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at San Rafael Main Post Office, California, on the date noted below and addressed to those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: ~~June 29, 2017~~ July 5, 2017        _Alezz Laielen - Pro Per

**Bank of America N.A** P.O. Box 15047, Wilmington, DE 19850-5047
**Chase Card Services**, P.O. Box 15298, Wilmington, DE 19850
**Citicards Customer Service**, Box 6500, Sioux Falls, SD 57117
**Fay Servicing**, LLC BK Dept., 939 W. North Ave. Suite 680, Chicago, Illinois 60642
**Franchise Tax Board**, P.O. Box 942840, Sacramento, CA 94240-0009
**IRS**, P.O. Box 7346, Philadelphia, PA 19101-7346
**Jonathan C. Cahill, Aldridge, Pite, LLP**, 4375 Jutland Drive Suite 200; PO Box 17933, San Diego, CA 92177-0733
**Zwicker & Assoc.**, P C, 80 Minuteman Rd., Andover, MA 01810-1008